# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIYA BUCHANAN, et al.,<br>    *Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, et al.,<br>    *Defendants*. | Case No. 1:20-cv-01542-DLF |

## JOINT RESPONSE TO THE COURT'S AUGUST 19, 2020 ORDER

Plaintiffs Radiya Buchanan, Ann Dagrin and Lindsay Field ("plaintiffs") and Defendants Donald Trump, as sued in his official capacity, and William Barr, Mark Esper, William Walker, Gregory Monahan, and James Murray, as sued in their individual and official capacities (collectively, "federal defendants"), through counsel, jointly respond to this Court's order dated August 19, 2020.

On August 19, 2020, the Court ordered the parties to file, or object to, a consolidated briefing schedule on motions to dismiss in this case and *Black Lives Matter D.C. v. Trump, et al.*, Case No. 1:20-cv-01469. The parties conferred and agree that it would be efficient for the motions to dismiss in both cases to proceed on the same briefing schedule. However, because plaintiffs informed the federal defendants during the conferral process that they intend to seek leave to file an amended complaint, the federal defendants reserve their right to oppose amendment or to seek modification of the proposed briefing schedule, if necessary.

The parties in this case and *Black Lives Matter D.C.* agree that a consolidated briefing schedule for defendants' motions to dismiss is appropriate.[1] They also agree that, absent any amendments to the complaints, the schedule approved by this Court in this case (Minute Order dated August 17, 2020) would be appropriate for both cases. Under that order, defendants' dismissal motions are due by October 1, 2020, plaintiffs' opposition papers are due by November 19, 2020, and defendants' replies are due by December 17, 2020.

However, on August 21, 2020, during conferral, plaintiffs in both cases reported that they intend to amend their respective complaints. Plaintiffs suggested that they would do so on or before September 1, 2020. During conferral, plaintiffs were not yet in a position to provide redlines of the proposed amendments. Although the federal defendants may not ultimately oppose the amended pleading, having not seen the proposed amendments, defendants cannot yet take a position. Similarly, because the federal defendants have not yet been provided with the amended complaint, they reserve the right to seek modification of the proposed briefing schedule should the substance of plaintiffs' amendments make that necessary.

Accordingly, we propose that the briefing schedule entered in this matter on August 17, 2020 remain in place. We propose that the Court enter an order directing plaintiffs to file their motion to amend the complaint no later than September 1, 2020.

The parties jointly and respectfully request that the Court enter the attached proposed order.

\*   \*   \*

---

[1] The briefing schedule addresses currently named parties only. In the event the pleadings are amended to add other defendants, those new parties (once served) would have the time allotted under the rules to respond to the complaint.


Dated: August 24, 2020                    Respectfully submitted,

MICHAEL R. SHERWIN
United States Attorney

DANIEL F. VAN HORN, D.C. Bar#924092
Chief, Civil Division

*/s/ Christopher C. Hair*
Christopher C. Hair, PA Bar #306656
Assistant U.S. Attorney
District of Columbia
555 4th St. NW
Washington, D.C. 20530
Tel: (202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendant United States (Donald J. Trump, William Barr, Mark Esper, William Walker, Gregory Monahan and James Murray, in their official capacities)*


ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

JAMES G. BARTOLOTTO, DC Bar No. 441314
Senior Trial Counsel, Torts Branch

*/s/ Sarah E. Whitman*
SARAH E. WHITMAN
MA Bar 657726, under LCvR 83.2(e)
Senior Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Telephone: (202) 616-0089
Fax: (202) 616-4314
Email: Sarah.Whitman@usdoj.gov

*Counsel for Defendants William Barr, Mark Esper, William Walker, Gregory Monahan and James Murray, in their individual capacities*

*/s/*
Greta B. Williams, (D.C. Bar No. 1006968)
Naima L. Farrell (D.C. Bar No. 1023230)
   *(admission pending)*
Matthew Guice Aiken (D.C. Bar No. 1616755)
   *(admission pending)*
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8500
GBWilliams@gibsondunn.com
NFarrell@gibsondunn.com
MAiken@gibsondunn.com

Randy M. Mastro (*pro hac vice*)
Orin Snyder (*pro hac vice*)
Mylan L. Denerstein (*pro hac vice*)
Anne Champion (*pro hac vice*)
Katherine Marquart (*pro hac vice*)
Lee R. Crain (*pro hac vice*)
Amanda L. LeSavage (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel:  212.351.4000
RMastro@gibsondunn.com
OSnyder@gibsondunn.com
MDenerstein@gibsondunn.com
AChampion@gibsondunn.com
KMarquart@gibsondunn.com
LCrain@gibsondunn.com
ALeSavage@gibsondunn.com

*Counsel for Plaintiffs Radiya Buchanan,*
*Ann Dagrin, and Lindsay Field*