**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RADIYA BUCHANAN, et al., | |
| *Plaintiffs*, | |
| v. | **Case No. 1:20-cv-01542-DLF** |
| DONALD J. TRUMP, et al., | |
| *Defendants*. | |

## CONSENTED TO MOTION AND STATEMENT OF POINTS AND AUTHORITIES FOR BRIEFING SCHEDULE

Pursuant to Federal Rules of Civil Procedure 6, 12(a)(1) and Local Rule 7, Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field ("Plaintiffs") move for an order extending response deadlines and establishing a briefing schedule as described below. Defendants Wayne Vincent, Ryan Black, and Ryan Allen (the "Arlington County Defendants"), as sued in their individual and official capacities, through counsel, have consented to the new schedule.

## STATEMENT OF POINTS AND AUTHORITIES

1.      On June 11, 2020, Plaintiffs filed a Complaint seeking declaratory, injunctive, and monetary relief.  ECF No. 1.  Plaintiffs asserted claims against President Donald Trump, Attorney General William Barr, Secretary of Defense Esper, Commanding General of the D.C. National Guard William Walker, Acting Chief of the U.S. Park Police Gregory Monahan, and Director of the Secret Service James Murray, as sued in their official capacities and against William Barr, Mark Esper, William Walker, Gregory Monahan, and James Murray as sued in their individual capacities.

2.      On August 14, 2020, the parties jointly requested an extension of the briefing schedule in order to avoid *seriatim* response dates and at least four different, but overlapping briefing schedules.  ECF No. 23.  The Court granted the request on August 17, 2020 and set a briefing schedule requiring: Defendants to file their motions to dismiss on or before October 1, 2020; Plaintiffs to file their oppositions to Defendants' motions to dismiss on or before November 19, 2020; and Defendants to file their reply to plaintiffs' oppositions on or before December 17, 2020. Minute Order (Aug. 17, 2020).

3.      On August 19, 2020, the Court ordered the parties to file, or object to, a further consolidated briefing schedule on motions to dismiss in this case and *Black Lives Matter D.C. v. Trump, et al.*, Case No. 1:20-cv-01469.  Minute Order (Aug. 19, 2020).  On August 24, 2020, the parties filed a joint response to the Court's order, agreeing to proceed on a consolidated briefing schedule pursuant to the schedule approved by the Court in its Minute Order dated August 17, 2020.  ECF No. 25.  The parties further informed the Court that they had conferred and that Plaintiffs planned to amend their Complaint.  *Id.*

4.      On September 1, 2020, Plaintiffs filed a First Amended Complaint to supplement the facts in the original complaint based upon events that had recently transpired, and bring responsible parties into the case, including the Arlington County Defendants.  ECF No. 26-2.

5.      On October 1, 2020, Defendants William Barr and Gregory Monahan, as sued in their individual capacities, moved to dismiss the claims asserted against them in Plaintiffs' First Amended Complaint.  ECF No. 34.  On October 1, 2020, the United States also moved to dismiss the claims asserted against the federal defendants sued in their official capacity in Plaintiffs' First Amended Complaint.  ECF No. 35.  On October 2, 2020, the Arlington County Defendants filed a Motion to Dismiss the First Amended Complaint.  ECF No. 36.

6.      Plaintiffs and the Arlington County Defendants have conferred and agreed to proceed on the consolidated briefing schedule as set forth in the Court's Minute Order dated August 17, 2020. Plaintiffs therefore propose a briefing schedule as follows:

      a.   Plaintiffs shall file their opposition to the Arlington County Defendants' Motion to Dismiss no later than **November 19, 2020.**

      b.   The Arlington County Defendants shall reply to Plaintiffs' Opposition no later than **December 17, 2020.**

7.      The proposed briefing schedule is appropriate for this case because it aligns the briefing schedule of the Arlington County Defendants with the briefing schedule previously ordered by the Court.  In addition to streamlining the multiple responses and allowing for an orderly briefing of the dispositive motions, it also enables all parties to prepare thorough and well-considered memoranda on the numerous constitutional and statutory claims asserted in the Complaint.

8.      On October 9, 2020, Plaintiffs' counsel contacted counsel of record for the Arlington County Defendants to seek the Arlington County Defendants' consent to the requested relief. Counsel for the Arlington County Defendants confirmed their consent to the requested briefing schedule.

9.      Plaintiffs respectfully request that the Court enter the attached proposed order.

  Dated: October 9, 2020             Respectfully submitted,

                            /s/ Greta B. Williams
                        Greta B. Williams (D.C. Bar No. 1006968)
                        Naima L. Farrell (D.C. Bar No. 1023230)
                          (*admission pending*)
                        Brittany Raia (*pro hac vice*)
                        Matthew Guice Aiken (D.C. Bar No. 1616755)
                        **GIBSON, DUNN & CRUTCHER LLP**
                        1050 Connecticut Avenue, N.W.

Washington, D.C. 20036-5306
Tel:  202.955.8500
GBWilliams@gibsondunn.com
NFarrell@gibsondunn.com
BRaia@gibsondunn.com
MAiken@gibsondunn.com

Randy M. Mastro (*pro hac vice*)
Orin Snyder (*pro hac vice*)
Mylan L. Denerstein (*pro hac vice*)
Anne Champion (*pro hac vice*)
Katherine Marquart (*pro hac vice*)
Lee R. Crain (*pro hac vice*)
Amanda L. LeSavage (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel:  212.351.4000
RMastro@gibsondunn.com
OSnyder@gibsondunn.com
MDenerstein@gibsondunn.com
AChampion@gibsondunn.com
KMarquart@gibsondunn.com
LCrain@gibsondunn.com
ALeSavage@gibsondunn.com

*Counsel for Plaintiffs Radiya Buchanan,*
*Ann Dagrin, and Lindsay Field*