UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIYA BUCHANAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 20-2453 (DLF) |

JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiffs Radiya Buchanan, Ann Dagrin and Lindsay Field (plaintiffs) and defendants Peter Newsham, Jeffery Carroll, Anthony Alioto, Clifton Murphy, Christopher Meyer, Daniel Thau, Timothy Hargrove, Jeffery Buchanan, Tiffany Payne, Justin Taylor and Anthony Willis (collectively, the District Defendants) jointly move for an order extending the District Defendants' deadline to respond to plaintiffs' Amended Complaint, and establishing a briefing schedule as described below. Fed. R. Civ. P. 6, 12(a)(2), 12(a)(3); LCvR 7.

On June 11, 2020, plaintiffs filed a Complaint asserting claims against several federal government officials. Compl. [1]. On September 3, 2020, plaintiffs filed the Amended Complaint. Am. Compl. [29]. The Amended Complaint added new claims and new defendants. The newly added defendants included the District Defendants, who were served with the Amended Complaint on October 1, 2020. Under Federal Rule of Civil Procedure 12(a)(1), the District Defendants' response is currently due

October 22, 2020.[1] The undersigned counsel have conferred and, in an effort to streamline the briefing process, have agreed that the District Defendants will submit one motion to dismiss on behalf of all District Defendants. Further, counsel have agreed on a proposed briefing schedule, which extends the deadline for the District Defendants to respond to the Amended Complaint to December 1, 2020.

Good cause exists for extending the District Defendants' time to respond to the Amended Complaint. The Amended Complaint includes lengthy factual allegations concerning the activities of 11 individuals of the Metropolitan Police Department that will require additional investigation. An extension is also necessary given the competing professional obligations of the District Defendants' counsel. The proposed briefing schedule will not unduly delay the progress of the case given the briefing schedule set for the other defendants.

The Parties jointly propose a briefing schedule as follows:

(1) The District Defendants shall file a consolidated motion to dismiss the Amended Complaint no later than December 1, 2020;

(2) Plaintiffs shall oppose the District Defendants' motion no later than January 22, 2021; and

(3) The District Defendants shall reply to plaintiffs' opposition no later than February 22, 2021.

The Parties jointly request that the Court grant this motion and enter the proposed briefing schedule. A memorandum of points and authorities and a proposed

---

[1] The federal government officials who were added as defendants in the Amended Complaint do not currently have a deadline to respond to the Amended Complaint, and under Federal Rule of Civil Procedure 12(a)(2), those individuals will have 60 days to respond after service.

order are attached.

Dated:  October 12, 2020.   Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Richard P. Sobiecki
DUANE BLACKMAN*
RICHARD SOBIECKI [500163]
BRENDAN HEATH [1619960]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7640; (202) 805-7512;
(202) 442-9880
Fax: (202) 703-0646
duane.blackman@dc.gov; richard.sobiecki@dc.gov;
brendan.heath@dc.gov

*Counsel for District Defendants*

/s/ Greta B. Williams
Greta B. Williams, (D.C. Bar No. 1006968)
Naima L. Farrell (D.C. Bar No. 1023230)
(admission pending)
Matthew Guice Aiken (D.C. Bar No. 1616755)
(admission pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

---

\*    Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, under LCvR 83.2(f).

Tel: 202.955.8500
GBWilliams@gibsondunn.com
NFarrell@gibsondunn.com
MAiken@gibsondunn.com

Randy M. Mastro (pro hac vice)
Orin Snyder (pro hac vice)
Mylan L. Denerstein (pro hac vice)
Anne Champion (pro hac vice)
Katherine Marquart (pro hac vice)
Lee R. Crain (pro hac vice)
Amanda L. LeSavage (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Tel: 212.351.4000
RMastro@gibsondunn.com
OSnyder@gibsondunn.com
MDenerstein@gibsondunn.com
AChampion@gibsondunn.com
KMarquart@gibsondunn.com
LCrain@gibsondunn.com
ALeSavage@gibsondunn.com

*Counsel for Plaintiffs Radiya Buchanan,
Ann Dagrin, and Lindsay Field*