UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RADIYA BUCHANAN, et al., :
:
      *Plaintiffs*, :
:
v. : No. 20 Civ. 1542 (DLF)
:
DONALD J. TRUMP, et al., :
:
      *Defendants*. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

        BRUCE SPENCER, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and am employed by Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York NY 10166.

    2.    On Friday, September 11, 2020, I served the prerequisite number of true and correct copies of the Summons (Dkt. No. 31), Amended Complaint (Dkt. No. 29) and Civil Cover Sheet (Dkt. No. 1-1) in the above captioned proceeding, via United States Postal Service Certified Mail, upon the United States of America at:

                United States Attorney General
       William P. Barr, United States Attorney General
            United States Department of Justice
              950 Pennsylvania Avenue, NW
              Washington, D.C. 20530-0001

                   United States Attorney
     Michael R. Sherwin, Acting United States Attorney
              for the District of Columbia
              ATTN: Civil Process Clerk
           United States Attorney's Office
              555 4th Street, NW
               Washington, D.C. 20530

by depositing the same in a post-paid properly and personally addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and pursuant to the directions for service of process on governmental officers and agencies in their official and individual capacities pursuant to the Federal Rules of Civil Procedure.

3. On Friday, September 11, 2020, I also served the prerequisite number of true and correct copies of the Summons (Dkt. No. 31), Amended Complaint (Dkt. No. 29) and Civil Cover Sheet (Dkt. No. 1-1) in the above captioned proceeding, via United States Postal Service Certified Mail, upon the individual defendants in their official capacities at:

>Incident Commander of the United States Park Police Mark Adamchik
>United States Park Police
>1100 Ohio Drive S.W.
>Washington, D.C. 20242
>
>Director of the Federal Bureau of Prisons Michael Carvajal
>Federal Bureau of Prisons
>Central Office HQ
>320 First Street, NW
>Washington DC 20534
>
>Captain of the United States Park Police Russell Fennelly
>United States Park Police
>1100 Ohio Drive S.W.
>Washington, D.C. 20242
>
>Officer of the United States Park Police FNU Seberling
>c/o United States Park Police
>1100 Ohio Drive, S.W.
>Washington, D.C. 20242

by depositing the same in a post-paid properly and personally addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and pursuant to the directions for service of process on governmental officers and agencies in their official capacities pursuant to the Federal Rules of Civil Procedure.

4.     On Monday, September 14, 2020, I also served the prerequisite number of true and correct copies of the Summons (Dkt. No. 31), Amended Complaint (Dkt. No. 29) and Civil Cover Sheet (Dkt. No. 1-1) in the above captioned proceeding, via United States Postal Service Certified Mail, upon Officer of the Metropolitan Police Department Anthony Alioto, in his official and individual capacities, Officer of the Metropolitan Police Department S. Buchanan, in his official and individual capacities, Assistant Chief of the Metropolitan Police Department Jeffery Carroll, in his official and individual capacities, Officer of the Metropolitan Police Department FNU Hargrove, in his official and individual capacities, Officer of the Metropolitan Police Department C.W. Meyer, in his official and individual capacities, Officer of the Metropolitan Police Department Clifton Murphy, in his official and individual capacities, Chief of the Metropolitan Police Department of the District of Columbia Peter Newsham, in his official capacity, Officer of the Metropolitan Police Department Thomas Payne, in his official and individual capacities, Officer of the Metropolitan Police Department FNU Taylor, in his official and individual capacities, Officer of the Metropolitan Police Department Daniel Thau, in his official and individual capacities, Officer of the Metropolitan Police Department Anthony A. Willis, in his official and individual capacities at:

        Office of the Attorney General for the District of Columbia
        400 6th Street NW
        Washington, D.C. 20001

        Executive Office of the Mayor
        John A. Wilson Building

1350 Pennsylvania Avenue, NW<br>
Washington, DC 20004

by depositing the same in a post-paid properly and personally addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and pursuant to the directions for service of process on governmental officers and agencies in their official capacities pursuant to the Federal Rules of Civil Procedure.

_____  
Bruce Spencer

Sworn to before me *virtually* on this
23 day of September, 2020

_____  
Notary Public

HILLARY B. LAZAR  
Notary Public, State of New York  
No. 01LA5046202  
Qualified in ~~Nassau~~ County  
Commission Expires July 3, ~~2023~~  
BRONX





