UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIYA BUCHANAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 20-1542 (DLF) |

### DISTRICT DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Peter Newsham, Jeffery Carroll, Anthony Alioto, Clifton Murphy, Christopher Meyer, Daniel Thau, Timothy Hargrove, Jeffery Buchanan, Tiffany Payne, Justin Taylor and Anthony Willis (collectively, the District defendants) move to dismiss plaintiffs' First Amended Complaint. Fed. R. Civ. P. 8(a), 12(b)(6).

As set forth in the accompanying memorandum of points and authorities, plaintiffs' claims against the District defendants, which are based on the federal government's response to protests at Lafayette Park on June 1, 2020, cannot be sustained. Plaintiffs' pleading does not sufficiently put the District defendants on notice of which claims and allegations are made against them rather than other defendants, and thus fails the requirements of Federal Rule of Civil Procedure 8(a). On the merits, plaintiffs' First Amendment claim fails because plaintiffs have not adequately shown that the District defendants infringed upon their First Amendment rights or acted against them with the purpose of retaliating against their First

1

Amendment-protected activity. Plaintiffs' Fourth Amendment claim fails because they were not seized, nor was excessive force used by the District defendants. Because excessive force was not used, plaintiffs have also failed to allege a violation of their substantive due process rights under the Fifth Amendment. Even if plaintiffs have alleged a violation of their constitutional rights, the District defendants are entitled to qualified immunity because plaintiffs have not identified a clearly established right that was allegedly violated. Plaintiffs' claim based on the Posse Comitatus Act, 18 U.S.C. § 1385, fails because the District does not control the armed forces of the United States, and the Posse Comitatus Act does not establish a cause of action. Finally, plaintiffs' cursory allegations of an unconstitutional policy, custom or practice do not adequately support their claim of municipal liability under 42 U.S.C. § 1983. Plaintiffs' claims against the District defendants should be dismissed with prejudice. A proposed order is attached.

Dated: December 1, 2020.        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Duane Blackman
DUANE BLACKMAN*
RICHARD SOBIECKI [500163]
BRENDAN HEATH [1619960]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7640; (202) 805-7512; (202) 442-9880
Fax: (202) 703-0646
duane.blackman@dc.gov; richard.sobiecki@dc.gov; brendan.heath@dc.gov

*Counsel for District Defendants*

---

\*        Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, under LCvR 83.2(f).