UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RADIYA BUCHANAN *et al.*,
   *Plaintiffs*,
v.

DONALD J. TRUMP *et al.*,
   *Defendants.*

No. 20-cv-1542 (DLF)

**PARTIAL FINAL JUDGMENT**

For the reasons stated in the Memorandum Opinion, Dkt. 69, and the Order, Dkt. 90, and in accordance with the Order, Dkt. 68, it is hereby

**ORDERED** that **FINAL JUDGMENT** of dismissal is **ENTERED** in favor of defendants William P. Barr, Mark Adamchick, Gregory Monahan, Russell Fennelly, and Cara Seiberling against the plaintiffs as to Count 4 of the plaintiffs' Amended Complaint, Dkt. 29.

**SO ORDERED**.

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge

May 16, 2021