## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RADIYA BUCHANAN, et al., | Case No. 1:20-cv-01542-DLF |
| *Plaintiffs*, | **WITHDRAWAL OF APPEARANCE** |
| v. |  |
| DONALD J. TRUMP, et al., |  |
| *Defendants*. |  |

**PLEASE TAKE NOTICE** that Randy M. Mastro of Gibson, Dunn & Crutcher LLP hereby withdraws his appearance in the above-captioned case on behalf of Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field.  Gibson, Dunn & Crutcher LLP and its attorneys that have appeared will continue to appear on behalf of Plaintiffs in this action.

Dated:  New York, New York
           August 19, 2022

GIBSON, DUNN & CRUTCHER LLP

By:         */s/  Randy M. Mastro*
Randy M. Mastro (*pro hac vice*)

200 Park Avenue
New York, New York 10166-0193
Tel:  212.351.4000
RMastro@gibsondunn.com

*Attorney for Plaintiffs*