IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIYA BUCHANAN, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    *Defendants*. | Case No. 1:20-cv-01542-DLF<br><br>**WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Matthew Guice Aiken of Gibson, Dunn & Crutcher LLP hereby withdraws his appearance in the above-captioned case on behalf of Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field. Gibson, Dunn & Crutcher LLP and its attorneys that have appeared will continue to appear on behalf of Plaintiffs in this action.

Dated:  Washington D.C.
            January 20, 2023

                                                                GIBSON, DUNN & CRUTCHER LLP


                                                                By:    */s/ Matthew Guice Aiken*
                                                                            Matthew Guice Aiken

                                                                Matthew Guice Aiken
                                                                GIBSON, DUNN & CRUTCHER LLP
                                                                1050 Connecticut Avenue, N.W.
                                                                Washington, D.C. 20036-5306
                                                                Tel:  202.955.8500
                                                                MAiken@gibsondunn.com

                                                                    *Attorney for Plaintiffs*