# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5133**                                    **September Term, 2022**

**1:20-cv-01542-DLF**
**1:20-cv-01469-DLF**

**Filed On: August 15, 2023** [2012669]

Radiya Buchanan, et al.,

      Appellants

    v.

William P. Barr, In his individual capacity as
Former U.S. Attorney General, et al.,

      Appellees

------------------------------

Consolidated with 22-5139

## M A N D A T E

    In accordance with the judgment of June 23, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

                BY:   /s/
                         Daniel J. Reidy
                         Deputy Clerk

Link to the judgment filed June 23, 2023