# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIYA BUCHANAN, et al., *Plaintiffs*, v. DONALD J. TRUMP, et al., *Defendants*. | Civil Case No. 1:20-cv-1469-DLF (Lead Action) 1:20-cv-1542-DLF |

## CONSENT MOTION TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT

President Donald J. Trump moves this Court to extend the time for him to respond to Plaintiffs' Second Amended Complaint until and including June 24, 2024, or such later date as this Court may set for responsive motions or pleadings in this matter.[1] Plaintiffs consent to this motion.

President Trump will file a motion to dismiss, which will include important constitutional and statutory issues. The additional time will provide counsel with the time required to properly brief those issues for the Court. Moreover, as the response date for the other parties is currently held in abeyance, this delay will not prejudice any party and will not unduly delay these proceedings. Pursuant to Local Rule 7(m), counsel for President Trump conferred with counsel for the Plaintiffs, who consent to this request.

---

[1] The parties do not agree on the applicability of Fed. R. Civ. P. 12(a)(3) and, thus, the precise date a response would otherwise be due. Nevertheless, any such disagreement would be moot based upon the agreement of the parties.

For the foregoing reasons, the President Trump requests that this Court extend his response to Plaintiffs' Second Amended Complaint to and including June 24, 2024.

Dated: May 2, 2024

Respectfully submitted,

/s/     Jesse R. Binnall
Jesse R. Binnall (VA022)
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

*Attorney for Donald J. Trump*

## CERTIFICATE OF SERVICE

    I certify that on May 2, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/    Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump*
