IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., | |
| *Plaintiffs*, | No. 1:20-cv-01469-DLF (LEAD) |
| v. | No. 1:20-cv-01542-DLF |
| UNITED STATES OF AMERICA, et al., | |
| *Defendants*. | |

**JOINT STATUS AND SCHEDULING REPORT**

Plaintiffs and the remaining Defendants in the above-captioned action (collectively, the "Parties") hereby provide this Joint Status and Scheduling Report.

The Parties state the following:

1. On March 14, 2025, this Court issued an order (Dkt. 260) directing the parties to meet and confer and, on or before April 14, 2025, to file a joint status report (1) proposing a schedule for further proceedings; and (2) submitting a proposed plan for providing class notice to members of the certified class. *Id.* at 2.

2. The Parties met and conferred by Zoom on April 9, 2025 in accordance with this Court's Order. As detailed below, the parties agreed to a proposed schedule for further proceedings in this matter and a plan for providing class notice to the certified class members.[1]

3. The Parties request that the Court enter the following schedule for pre-trial matters:

| Event | Proposed Deadline |
|---|---|
| Rule 26(f) Conference | Friday, May 2, 2025 |

---

[1] The parties are still conferring about the deadlines to amend the pleadings and add parties and will report on those discussions in the Rule 26(f) report.

1

| | |
|---|---|
| Deadline for *BLM* Plaintiffs and MPD Defendants to Confer on Class Notice Plan | Friday, May 2, 2025 |
| Deadline for *BLM* Plaintiffs and MPD Defendants to Submit Joint Class Notice Plan and/or Positions | Friday, May 9, 2025 |
| Deadline for Parties to Submit Rule 26(f)/Local Rule 16.3 Report | Friday, May 16, 2025 |
| Defendants' Answers | Friday, May 16, 2025 |
| Initial Disclosures | Friday, May 16, 2025 |
| Deadline for Class Opt-Out in *BLM* | 120 days after court approval of notice plan |
| Complete Fact Discovery | Monday, November 16, 2026 |
| Initial Expert Disclosures and Reports | Friday, January 15, 2027 |
| Rebuttal Expert Reports | Monday, March 15, 2027 |
| Complete Expert Discovery | Friday, May 14, 2027 |
| Post-Discovery Status Conference | To be set at a time convenient for the Court following close of discovery |
| Deadline to File Any Rule 56 and Other Pretrial Motions (Except Motions in Limine and Other Trial-Specific Motions) | Friday, July 15, 2027 |
| Deadline to File Any Opposition to Rule 56 and Other Pretrial Motions | Monday, August 16, 2027 |
| Deadline to File any Reply in Support of a Motion for Rule 56 and Other Pretrial Motions | Monday, August 30, 2027 |

A proposed order is attached.

4.     With respect to respect to class notification, and after consultation with the District of Columbia Defendants pursuant to the case schedule above, Class Counsel intends to submit to the Court a class notification plan that includes some or all of the following methods:

a. notify class members or potential class members of whom they are aware;
b. publish class notice on their websites and social media accounts;
c. publish class notice through listservs, websites, and social media accounts maintained by Black Lives Matter-DC;
d. share class notice with other community-based organizations whose members were present in or around Lafayette Square on June 1, 2020;
e. utilize newspaper, radio, and/or social media advertisements to reach class members; and/or
f. seek to obtain earned (i.e., free) media coverage in local and national media.

Class Counsel and the District of Columbia Defendants will submit a more detailed plan per the proposed schedule above.

Dated:     April 14, 2025

Respectfully submitted,

/s/ *Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION FOUND.
OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202.601.4267
smichelman@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
WASHINGTON LAWYERS' COMM. FOR CIVIL
RIGHTS AND URBAN AFFAIRS
700 14th Street NW, Suite 400
Washington, D.C. 20005
Tel.: 202.319.1000
kaitlin_banner@washlaw.org

Anisa Sirur (*pro hac vice* forthcoming)
LAWYERS' COMM. FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Tel.: 202.662.8600
asirur@lawyerscommittee.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20004
Tel.: 202.942.5000
John.Freedman@arnoldporter.com

*Counsel for Plaintiffs in Black Lives Matter D.C.*


/s/ *Gessesse Teferi*
Gessesse Teferi
Phil MacWilliams

/s/ *Lee Crain*
Lee R. Crain (*pro hac vice*)
Katherine Marquart (*pro hac vice*)
Nadia Alhadi (*pro hac vice*)
Amanda LeSavage (D.C. Bar No. 1708824)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, N.Y. 10166-0193
Tel: 212.351.4000
LCrain@gibsondunn.com
KMarquart@gibsondunn.com
NAlhadi@gibsondunn.com
ALeSavage@gibsondunn.com

Greta B. Williams (D.C. Bar No. 1006968)
Amalia Reiss (D.C. Bar No. 241775)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel: 202.955.8500
GBWilliams@gibsondunn.com
AReiss@gibsondunn.com

*Counsel for Plaintiffs Radiya Buchanan, Ann Dagrin, and Lindsay Field*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General, Civil Litig. Division

/s/ *Matthew R. Blecher*
Matthew R. Blecher [1012957]
Chief, Equity Section, Civil Litig. Division

/s/ *Honey Morton*
Honey Morton [1019878]
Assistant Chief, Equity Section

/s/ *Richard P. Sobiecki*
Richard P. Sobiecki [500163]
Brendan Heath [1619960]

3

Sarah Klein
TORTS BRANCH, CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. Box 888
Benjamin Frankin Station
Washington, D.C. 20044
Tel: 202.307.2098
gessesse.teferi@usdoj.gov

phil.macwilliams@usdoj.gov
sarah.e.klein@usdoj.gov

*Counsel for Defendant United States of America*

ASSISTANT ATTORNEYS GENERAL
400 6th Street, NW
Washington, D.C. 20001
Tel: 202.805.7512
richard.sobiecki@dc.gov

*Counsel for the District Defendants*

/s/ *Ryan Samuel*
Ryan Samuel
Minhchau N. Corr
ARLINGTON COUNTY ATTORNEY'S OFFICE

2100 Clarendon Boulevard, #403
Arlington, Virginia 22201
Tel: 703.228.3100
Fax: 703.228.7106
rsamuel@arlingtonva.us
mcorr@arlingtonva.us

*Counsel for Defendants Vincent, Black, and Allen*