IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK LIVES MATTER D.C., et al., *Plaintiffs*, v. UNITED STATES OF AMERICA, et al. *Defendants*. | Case No. 20-cv-1469-DLF (LEAD) Case No. 20-cv-1542-DLF |

## NOTICE OF FILING

Pursuant to the Court's April 15, 2025 Order (ECF No. 263), Black Lives Matter D.C. Plaintiffs file herewith the proposed class notice plan of the Black Lives Matter D.C. Plaintiffs and the District of Columbia Defendants. The plan is attached as Exhibit A.

Respectfully submitted,

/s/ *John A. Freedman*

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION FOUND.
OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202.601.4267
smichelman@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
WASHINGTON LAWYERS' COMM. FOR CIVIL
RIGHTS AND URBAN AFFAIRS
700 14th Street NW, Suite 400
Washington, D.C. 20005
Tel: 202.319.1000
kaitlin_banner@washlaw.org

Anisa Sirur (*pro hac vice* forthcoming)
LAWYERS' COMM. FOR CIVIL RIGHTS
UNDER LAW

1500 K Street NW, Suite 900
Washington, D.C. 20005
Tel: 202.662.8600
asirur@lawyerscommittee.org

John A. Freedman (D.C. Bar No. 453075)
David E. Kouba (D.C. Bar No. 483145)
Sonia Tabriz (D.C. Bar No. 1025020)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20004
Tel: 202.942.5000
John.Freedman@arnoldporter.com

*Counsel for Plaintiffs in Black Lives Matter D.C.*