EXHIBIT A

**Parties' Proposed Class Notification Plan**

The Parties propose to use the following methods for notifying members of the certified class.

I.   **Forms of Class Notice**: If this Plan is approved by the Court, the Parties propose that the Court order the Plaintiffs and District of Columbia Defendants to jointly submit the form of the notice and questionnaire (to verify membership in the class), or their respective positions, one month from the date of approval of this plan.

II.  **Establishment of an Informational Website**: Plaintiffs' counsel will develop and host an informational website about the case, which will include a summary of the case, the class notice, and a questionnaire that allows individuals to provide information to help verify their membership in the class, and mechanisms for individuals to contact class counsel.

III. **Distribution of Class Notice**: The Parties will prepare various forms of class notice for different delivery methods, as detailed below, including direct contact, social media, distribution lists, and broadcast.

After the wording of the notices and questionnaire is finalized, the Parties propose the following distribution methods:

A.   **Notice to Individual Protestors Known to Have Been in Lafayette Square on June 1, 2020.**

   1. *Individuals identified during Plaintiffs' investigation of this case or otherwise known to Plaintiffs*: During the course of pre-litigation investigation, Plaintiffs' counsel were contacted by several hundred individual protestors who were present in Lafayette Square at the time of the attacks and who are potential class members. Plaintiffs' counsel will provide written notice to each of these individuals using last known contact information.

   2. *Notice to individuals who are known to MPD*: To the extent MPD is aware of the identity of class members from various sources (*e.g.,* investigative efforts, citations issues, civilian complaints,

etc.), the District will provide such identities to Plaintiffs' counsel for the purpose of providing them written notice.

**B.   Notice to Individual Protestors Unknown to Parties who were in Lafayette Square on June 1, 2020.**

There were a large number of protestors present in Lafayette Square on June 1, 2020 whose identity is not yet known to the Parties and who are potential class members. The Parties propose the following methods of publicizing the class and distributing the notice:

1.  *Distribution by Plaintiff Black Lives Matter DC to its members:* Plaintiff Black Lives Matter DC will distribute the notice to its members.

2.  *Publicizing the Notice and Questionnaire through Black Lives Matter DC channels:* Plaintiff Black Lives Matter DC will publicize the notice on the organization's website, https://www.dcblm.org/, and social media Instagram account: @blacklivesmatterdc.

3.  *Plaintiffs' Counsel will Publicize the Notice and Questionnaire through Media Channels*: Counsel at Lawyers Committee for Civil Rights, Washington Lawyers Committee for Civil Rights & Urban Affairs, and ACLU of District of Columbia will publicize the notice on their respective organizations' websites and/or social media accounts.

4.  *Distribution by Other Organizations to Their Members*: In addition to Black Lives Matter DC, Plaintiffs' counsel have identified 29 other organizations who helped organize, or who were present at, the June 1, 2020 protests. Plaintiffs' counsel will request that each of these organizations distribute the notice. A list of these organizations is attached as Exhibit B.

5.  *Publicizing the Notice through Other Organizations' Media Channels*: Plaintiffs' counsel will request that each of the 29 other organizations identified publicize the notice through their social media channels.

6. *Outreach through News Publications*: Plaintiffs' counsel will purchase advertisements in local publications to notify the public of the class action and to provide a link to the case website. Plaintiffs' counsel will consider placing notice in, among others, the Washington Post, Washington City Paper, Washington Blade, The Hill, Street Sense, Washington Afro American, Washington Informer, Washington Jewish Week, Hill Rag, and In Towner. Plaintiffs will meet and confer with Defendants regarding costs.

7. *Social Media Advertising:* Depending on the response to the above outreach, Plaintiffs' counsel may purchase targeted social media ads to notify the public as to the existence of the class and to invite potential class members to complete the questionnaire. Plaintiffs' counsel will consider placing ads on, among others, Facebook and Instagram. Plaintiffs will meet and confer with Defendants regarding costs.

8. *Radio Advertising:* Depending on the response to the above outreach, Plaintiffs' counsel may purchase radio announcements to notify the public of the existence of the class and to invite potential class members to complete the questionnaire. Plaintiffs' counsel will consider placing announcements on, among others WAMU 88.5, WTOP 103.5 FM (Washington Top News), and WPFW 89.3.

9. *Community listservs*: There are many neighborhood listservs in Washington D.C. and the nearby suburbs; Plaintiffs will endeavor to post notices on those they can identify and that will accept them.

10. *News coverage*: Plaintiffs will also seek to obtain news coverage about the class notice in local print, television, radio, and online news outlets.

IV. **Timing**: The notice campaign will last approximately four months from when the notice plan is approved. This is commensurate with the opt-out deadline set under the scheduling order.